IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SHARON WHITNEY, <br> a/k/a SHARON R. BREIGHNER, <br> <br> Plaintiff, <br> v. <br> <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 5:11cv00118 <br> ) <br> ) <br> ) By:  Michael F. Urbanski <br> )       United States District Judge <br> ) <br> ) |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on May 29, 2012, recommending that this matter be dismissed on account of plaintiff's failure to prosecute.  No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.  It is accordingly **ORDERED** and **ADJUDGED** that the Commissioner's final decision is **AFFIRMED** and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to plaintiff and to counsel of record.

Entered:  June 21, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge